In the Matter of JESSICA S., a Child Alleged to be Abused or Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; ARTHUR S., Appellant. (And Two Other Related Proceedings.)

Submitted July 25, 2005; decided October 20, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS BURTON, Appellant.

Submitted September 26, 2005; decided October 20, 2005

Motion for assignment of counsel granted and Laura Johnson, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.